BIRMINGHAM ICE & COLD STORAGE CO. ET AL. *v.*
SOUTHERN RAILWAY CO. ET AL.

No. 425.   Decided March 18, 1963.

*David J. Vann* and *A. Alvis Layne* for appellants.

*Jos. F. Johnston* for Southern Railway Co. et al., and
*James W. Wrape* and *Glenn M. Elliott* for Jefferson
Warehouse & Cold Storage Co. et al., appellees.

*Solicitor General Cox* filed a memorandum for the
United States.

PER CURIAM.

The motions to dismiss are granted and the appeal is
dismissed.

MR. JUSTICE BLACK took no part in the consideration
or decision of this case.